UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ju-Ho-Kim
Vincenzo Campo

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PHILIP MURPHY
PERCHICELLI - MRS
PATRICK CALLAHAN
JAMES MOODY
VERNON SWAIN
GOLDIE AVON
ELAINE MARTIN
BRUCE BRESE
JAMAL MAHMUD

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
APR 12 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Ju-Ho-Kim
Street Address: 616 CHERRY STREET
County, City: CAMDEN COUNTY - CAMDEN
State & Zip Code: NEW JERSEY 08103
Telephone Number: 1-732-496-6890

PLAINTIFF: VINCENZO CAMPO
301 SPRING GARDEN ROAD
CAMDEN COUNTY - HAMMONTON
NEW JERSEY 08037
1-609-567-5808

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name NEW JERSEY DEPARTMENT OF HEALTH
Street Address 222 WARREN STREET
County, City MERCER COUNTY - TRENTON
State & Zip Code NEW JERSEY 08625

Defendant No. 2
Name NEW JERSEY DEPARTMENT OF JUSTICE
Street Address 25 MARKET STREET
County, City MERCER COUNTY, TRENTON
State & Zip Code NEW JERSEY 08625

Defendant No. 3
Name OAK OASIS ORGANIZATION
Street Address 45 FERN LANE
County, City CAMDEN COUNTY - HAMMONTON
State & Zip Code NEW JERSEY - 08037

Defendant No. 4
Name JEFFERSON - KIMMELL - CENTER - MEDICAL
Street Address CHAPAL ROAD
County, City CAMDEN COUNTY - CAMDEN - CHERRY HILL
State & Zip Code NEW JERSEY - 08002

II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
- [ ] Federal Questions
- [ ] Diversity of Citizenship
- [ ] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 5
Name: CAPITAL HEALTH
Street Address: 850 BRUNSWICK AVENUE
County, City: MERCER, TRENTON
State & Zip Code: NEW JERSEY 08638

Defendant No. 6
Name: SAINT FRANCIS HOSPITAL
Street Address: 601 HAMILTON AVENUE
County, City: MERCER, TRENTON
State & Zip Code: NEW JERSEY 08609

Defendant No. 7
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 8
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[x] Federal Questions        [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? RELIGIOUS PERSECUTIONS - SYMBOLS WERE DESACRATED - STAR OF DAVID ALSO SWASTIKA SHREDED! RECIPIANTS OF KICK STOMP PUNCH

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  VINCENZO CAMPO (USA) JU-NO-KIM (So. KOREAN)

Defendant(s) state(s) of citizenship  MIGRANT·ALIEN·REFUGEE·

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?  TRENTON PSYCHIATRIC HOSP. ANCORA PSYCHIATRIC HOSPITAL : CAPITAL HEALTH : JEFFERSON HOSP

B. What date and approximate time did the events giving rise to your claim(s) occur?  FOR A WHILE : FROM : 1979-TO-2023 A.D: BEING PUNISHED ALSO TORTURED FOR OUR PAST EVEN IF INNOCENT : JU-NO-KIM·VINCENZO CAMPO

C. Facts: ON...ABOVE...DATE...&...TIME...JUNE...2022...MR...VINCENZO...CAMPO...WAS...AT...A...BUS...STOP...AWAITING...A...TRANSIT...HOME...FROM...MERCER...COUNTY...HAMILTON...NEW...JERSEY...A...TRANSIT...LINE...NUMBER...409...TO...CAMDEN...CAMDEN...COUNTY...NEW...JERSEY...WHEN...FOR...NO...PROVOCATION CAMPO...WAS...APPROACHED...SHACKELED...PLACE...IN...VEHICLE...TRANSPORTED...TO...CAPITAL...HEALTH...IN...TRENTON...MERCER...COUNTY...NEW...JERSEY...THEN...THERE...EVERY...THING...IN...CAMPO...POSSESSION...WAS...FORCEFULLY...TAKEN...SHACKLED SPREAD...EAGLE FORCE...O.P.I.O.D.S...BY...SYRINGE...ABSOLUTELY...NAKED...LATER...TAKEN...TO...OAK...OASIS...ORGANIZATION...HAD...PARTS...OF...FACE...SHREDED...WITH...CHIMMINY...SWEEP...BROOM...ALUMINUM...DUST...PAN...CHAIRS...KICKED...STOMPED PUNCHED...A...SARGENT...FORD...DOUCUMENT...THIS...NO...TYPE...OF...MEDICAL...ASSISTANCE...RENDERED...LATER...A...MR. VERNON...SWAIN...6 FOOT...10...INCH...AFTER...CAMPO HAD...A...HEART...ATTACK...ALSO...MR...GOLDIE...AVON STRIKE...CAMPO...IN...THE...CHEST...PLACEING...MR... CAMPO...ON...FLOOR...A...MR...ADATINE...BURBURY... WITNESSED...BLATANT...ASSAULT...AGGRAVATED...TOLD...TO...KEEP...SILENT

-3-

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. MR. VINCENZO...CAMPO...HAVE...HAD...SYRINGES...BROKEN...IN...THE...BACK...AREA...HAVE...HAD...F.A.C.E...PARTS... SHREDED...BY...EMPLOYEES...OF...NEW...JERSEY...HEALTH... SYSTEM...PRIMARILY...BLACK...TRASH...DO...NOT...MATTER ...PERSONNELL...MEDICAL...ASSISTANCE...DENIED

MR...JU...HO...KIM...A...KOREAN...WAS...SHACKLED...(7) ...SEVEN...POINT...RESTRAINTS...A...CHUNK...OF...MEAT... ...FLESH...BLOOD...WAS...TORN...OUT...OF...HIS...LEFT...BICEP ...AREA...MEDICAL...ASSISTANCE...DENIED

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. ...ON...ABOVE...DATE...&...TIME... THESE...DEPARTMENT...OF...HEALTH...ALSO...DEPARTMENT ...OF...JUSTICE...CRIMINAL...ELEMENT...ARE...IN...A... ...OFFICIAL...MISCONDUCT...AREA...SHOULD...BE...PROSECUTED ←  ...AS...SUCH...

WE...MR...JU...HO...KIM...VINCENZO CAMPO...REQUEST → EACH...$131,000,000⁰⁰...ONE...HUNDRED...THIRTY...ONE MILLION...DOLLARS...EACH...
FOR MISSING FLESH...BLOOD...NOT...GIVING...ANY NEEDED...TREATMENT...BEING...KICKED...STOMPED...PUNCHED IN...A...WORSHIP...HALL...EXPLAINED...WITHIN...THESE... DOUCUMENTS...CREDENTIAL...DOSIAR...OF...PURE...ABSOLUTE... S.L.A.V.E.R.Y...THESE...MARKETEERS...SELL...FOR...$350⁰⁰...END UP...UNITED...STATES...OF...AMERICA...REFUGGEE...ALIEN...MIGRANT

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 03 day of MARCH, 20 23.

Signature of Plaintiff Vincenzo Campo
Mailing Address 614 CHERRY STREET
So. CAMDEN, NEW JERSEY
08103

1-609-567-5808

Telephone Number 1-732-496-6890
Fax Number (if you have one) _____
E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

MR. JU HO KIM
614 CHERRY STREET
So. CAMDEN, NEW JERSEY
08103
1-732-496-6890